Prob 12C
(Rev. 10/20 - D/SC)

# United States District Court

for

### District of South Carolina

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Chalmers Kirkland Truesdale       **Case Number:** 4:18CR00087-001

**Name of Sentencing Judicial Officer:** The Honorable Donald C. Coggins, Jr., United States District Judge

**Date of Original Sentence:** August 14, 2018

**Original Offense:** Count 1: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**Original Sentence:** The defendant was committed to the custody of the U.S. Bureau of Prisons for a term of 51 months followed by a three (3) year term of supervised release. The following special conditions were imposed: 1) The defendant must participate in a drug testing program as approved by the U.S. Probation Office and must contribute to the costs of such program not to exceed an amount determined reasonable by the Court approved "U.S. Probation Office's Siding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid; 2) The defendant must participate in a mental health treatment program as approved by the U.S. Probation Office and must contribute to the costs of such program not to exceed an amount determined reasonable by the Court approved "U.S. Probation Office's Siding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid; and 3) The defendant shall pay a $100 special assessment fee (satisfied August 9, 2019).

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** March 9, 2022

**Assistant U.S. Attorney:** David Pierce Caraker, Jr.        **Defense Attorney:** Michael Allen Meetze

**Previous Court Action/Notification(s):** None.

---

### PETITIONING THE COURT

☒       To issue a warrant (petition and warrant to remain under seal)

☐       To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob 12C
(Rev. 10/20 - D/SC)

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Failure to Report to the U.S. Probation Office within 72 Hours of Release from Imprisonment/Absconding:** On April 23, 2021, Mr. Truesdale was released from the U.S. Bureau of Prisons to a detainer that had been lodged by the state of Virginia. While in state custody in Virginia, this officer spoke with Mr. Truesdale personally and reminded him of his obligation to report to a U.S. Probation Office within 72 hours of his release from state custody. On or about March 8, 2022, Mr. Truesdale was released from state custody in Virginia to a detainer that had been lodged by the New Hanover, North Carolina, Sheriff's Office. (The sheriff's office had several outstanding warrants for Mr. Truesdale originating from a 2015 case.) On March 9, 2022, Mr. Truesdale was released on a $5,000 unsecured bond. Since his release, he has not contacted or reported to any U.S. Probation Office. All attempts to locate him have been unsuccessful. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 1, 2022

Krista M. Robertson
U.S. Probation Officer
Florence Office

Reviewed and Approved By:

Michelle T. Owens
Supervising U.S. Probation Officer

---

## THE COURT ORDERS:

☐    No action.

☒    The issuance of a warrant.

   ☒    **The Petition and Warrant shall remain under seal until served by the United States Marshal Service, or further order of the court. The Clerk shall forward a copy of this signed petition and warrant to the United States Marshal Service, the United States Probation Office, and the United States Attorney's Office, which may share such documents with other law enforcement agencies or other entities or persons as may be necessary to facilitate service thereof. The assigned United States Probation Officer shall contact the United States Marshal Service to coordinate the timely arrest of the defendant at the United States Probation Office if appropriate. Upon arrest, the warrant may be unsealed by the Clerk.**

☐    The issuance of a summons.

Prob 12C
(Rev. 10/20 - D/SC)

## BOND CONSIDERATION:

☒    Bond to be set at the discretion of the United States Magistrate Judge.

☐    No bond to be set.

☐    Other (specify):


s/ Donald C. Coggins Jr
_____
The Honorable Donald C. Coggins, Jr.
U.S. District Judge

 April 4, 2022
_____
Date