AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

RECEIVED
2022 APR -4 PM 1: 13
UNITED STATES MARSHALS
COLUMBIA, SC

| United States of America | ) | |
|---|---|---|
| Chalmers Kirkland Truesdale | ) | Case No.  4:18-cr-00087-DCC-1 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Chalmers Kirkland Truesdale

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18:3583  Violation of Conditions of Supervised Release - see Petition

Date:     04/04/2022

s/Sharon Welch Meyer
Deputy Clerk     *Issuing officer's signature*

City and state:     Florence, S. C.

Robin L. Blume  , Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* APR 0 4 2022   , and the person was arrested on *(date)* at *(city and state)* |
| Date: |
| *Arresting officer's signature* |
| *Printed name and title* |